IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARTIN WALSH, Secretary of Labor, United States Department of Labor,<br><br>　　Plaintiff,<br><br>v.<br><br>APRINTA GROUP, LLC, WILLIAM AUSTIN DOLAN, II, APRINTA GROUP HEALTHCARE PLAN, LLC, AND APRINTA GROUP, LLC DISABILITY PLAN,<br><br>　　Defendants. | CIVIL ACT. NO. 3:20-cv-529-ECM<br>(WO) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case it is the ORDER, JUDGMENT, and DECREE of the Court that FINAL JUDGMENT is entered as follows:

1. Default Judgment is entered in favor of Plaintiff Martin J. Walsh, Secretary of Labor, and against Defendants Aprinta Group, LLC; Aprinta Group Healthcare Plan, LLC; Aprinta Group, LLC Disability Plan; and William Austin Dolan, II.

2. Defendants Aprinta Group, LLC and William Austin Dolan, II are enjoined from acting as fiduciaries, trustees, agents, or representatives in any capacity to any employee benefit plan, as defined by ERISA, and are removed from their positions as fiduciaries with respect to the Aprinta Group Healthcare Plan, LLC; and Aprinta Group, LLC Disability Plan.

3. Defendants Aprinta Group, LLC and William Austin Dolan, II are ORDERED, jointly and severally, to make restitution to the Aprinta Group Healthcare Plan, LLC in the amount of $30,418.49, with post judgment interest to be assessed against any remaining unpaid balance of such amount, in accordance with 28 U.S.C. § 1961, from the date of judgment until paid in full.

4. Defendants Aprinta Group, LLC and William Austin Dolan, II, are ORDERED, jointly and severally, to make restitution to the Aprinta Group, LLC Disability Plan in the amount of $4,776.83, with post judgment interest to be assessed against any remaining unpaid balance of such amount, in accordance with 28 U.S.C. § 1961, from the date of judgment until paid in full.

5. The Plaintiff is authorized to move for the appointment of an Independent Fiduciary at Defendant Dolan's and Defendant Aprinta's expense for the purposes of receiving funds from Defendants and distributing the Plans' assets.

6. Costs are taxed against Aprinta Group, LLC and William Austin Dolan, II.

The Clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 10th day of September, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE